Michelle R. Burrows, PC
420 SW Washington St. Ste. 300
Portland OR 97204
503-241-1955
Michelle.r.burrows@gmail.com

    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMMA WARD, Personal Representative for the Estate of Andre Ward, EMMA WARD<br><br>    Plaintiff<br><br>v.<br><br>CORIZON HEALTH INC, PRISON HEALTH SERVICES CORRECTION HEALTHCARE INC, et al<br><br>    Defendants | Case No. 3:13-cv-02087-AC<br><br><br>ORDER OF DISMISSAL |

    This matter came before the court on Plaintiffs' Motion to Dismiss with prejudice. The court having reviewed the record herein;

    IT IS HEREBY ORDERED that the above captioned matter be dismissed with prejudice. It is further ordered each side shall bear its own costs and fees.

    Dated this ___ day of _____ 2016

                                                  UNITED STATES DISTRCIT COURT

                                                Honorable Judge John Acosta

ORDER OF DISMISSAL